UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SABRINA SANTIAGO,

      DECISION & ORDER

    Plaintiff,

      05-CV-6375L

  v.

MONROE COUNTY, et al.,

    Defendants.
_____

    The above-captioned matter has been referred to the undersigned by order dated August 31, 2006, for the supervision of pre-trial discovery and the hearing and disposition of all non-dispositive motions, pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B). (Docket # 10). By letter dated October 19, 2006, plaintiff seeks to provide the identity of the defendant originally named in her Complaint as "John Doe" and requests an extension of time in which to serve the Summons and Complaint upon the previously named defendants Superintendent Maldonaldo and Deputy Jones. (Docket # 14).

    With regard to the defendant previously identified as "John Doe," plaintiff is directed to file a motion to amend the caption of the case and for service of the Summons and Complaint upon the newly identified defendant. Regarding plaintiff's request for an extension of time for service of the Summons and Complaint upon the previously identified defendants, it is hereby

    ORDERED, that time for service is extended for ninety days from the filing of this Order; and it is further

ORDERED, that the Clerk of the Court shall cause the United States Marshal to serve copies of the Summons and Complaint and this Order upon defendants Superintendent Maldonaldo and Deputy Jones at the addresses provided by plaintiff; and it is further

ORDERED, that the United States Marshal's Office shall inform the Court and plaintiff as to the status of service with respect to each defendant as of **January 1, 2007**.

**IT IS SO ORDERED.**

                                                *s/Marian W. Payson*
                                                   MARIAN W. PAYSON
                                               United States Magistrate Judge

Dated: Rochester, New York
       November  3  , 2006